THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALVIN E. LAIN, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*Alvin E. Lain,* in person, for motion.

No one opposed.

Motion granted and Vincent L. Rosato, Esq., 16 Court Street, Brooklyn, New York, assigned as counsel to defendant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS R. LAW, Appellant.

Submitted June 6, 1955; decided July 8, 1955.

Motion for reargument denied. [See 308 N. Y. 658; 308 N. Y. 913.]